**Order entered November 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00073-CV

## IN THE ESTATE OF IRA E. TOBOLOWSKY, DECEASED

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17620**

## ORDER

Before the Court is appellant's November 14, 2019 unopposed motion for extension of time to file its reply brief. We **GRANT** the motion and **ORDER** appellant's reply brief be filed no later than December 9, 2019.

/s/     BILL WHITEHILL
         JUSTICE